# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Juan Villalobos

                              Plaintiff,

v.                                              Case No.: 1:15–cv–06615
                                                Honorable John Z. Lee

RK Liquors, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 12, 2015:

        MINUTE entry before the Honorable John Z. Lee: Pursuant to the notice of voluntary dismissal, this case is dismissed without prejudice, to convert to a dismissal with prejudice as of December 31, 2015. Civil case terminated.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.